UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| New Jersey Carpenters Health Fund, New Jersey Carpenters Vacation Fund and Boilermaker Blacksmith National Pension Trust, *on Behalf of Themselves and All Others Similarly Situated*, | : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : : | |
| Residential Capital, LLC, Residential Funding, LLC, Residential Accredited Loans, Inc., Bruce J. Paradis, Kenneth M. Duncan, Davee L. Olson, Ralph T. Flees, Lisa R. Lundsten, James G. Jones, David M. Bricker, James N. Young, Residential Funding Securities Corporation d/b/a GMAC RFC Securities, Goldman, Sachs & Co., RBS Securities, Inc. f/k/a/ Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Deutsche Bank Securities, Inc., Citigroup Global Markets, Inc., Credit Suisse Securities (USA) LLC, Bank Of America Corporation *as successor-in-interest to* Merrill Lynch, Pierce, Fenner & Smith, Inc., UBS Securities, LLC, JPMorgan Chase, Inc., *as successor-in-interest to* Bear, Stearns & Co., Inc., and Morgan Stanley & Co., Inc., | : : : : : : : : : : : : : : : : : : | Case No.: 08-CV-8781 (HB)  **ECF CASE** |
| Defendants. | : : | |

## DECLARATION OF MICHAEL EISENKRAFT, ESQ., IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR RECONSIDERATION

Michael Eisenkraft declares the following, pursuant to 28 U.S.C. §1746:

1. I am associated with the law firm Cohen Milstein Sellers & Toll PLLC and counsel to Lead Plaintiffs in the above-captioned action. I am familiar with this matter and submit this Declaration in support of Lead Plaintiffs' Motion for Reconsideration.

2. Attached here as Exhibit 1 is a document created by Plaintiffs' Counsel which summarizes the arguments made by Defendants for each offering at issue in this matter.

3. Attached here as Exhibit 2 is a true and correct copy of the GSAA 2007-10 Prospectus Supplement.

4. Attached here as Exhibit 3 is a true and correct copy of the GSAA 2007-3 Prospectus Supplement.

5. Attached here as Exhibit 4 is a document created by Plaintiffs' Counsel which describes certain characteristics of certain offerings in the *Goldman* case along with true and correct excerpts from the Prospectus Supplements of those offerings.

6. Attached here as Exhibit 5 is a true and correct copy of a stipulation in the Residential Capital Bankruptcy matter that was filed and entered on October 23, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

December 14, 2012.

/s/ Michael Eisenkraft
_____
Michael B. Eisenkraft, Esq.

**CERTIFICATE OF SERVICE**

  I, Michael B. Eisenkraft, counsel for Plaintiffs, hereby certify that on December 14, 2012, I caused the above declaration to be served and filed by filing it on the Court's electronic filing system.

                   /s/ Michael Eisenkraft
                   Michael B. Eisenkraft