UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
New Jersey Carpenters Health Fund, New Jersey Carpenters Vacation Fund and Boilermaker Blacksmith National Pension Trust, *on Behalf of Themselves and All Others Similarly Situated*,

                        Plaintiffs,

     vs.

Residential Capital, LLC, Residential Funding, LLC, Residential Accredited Loans, Inc., Bruce J. Paradis, Kenneth M. Duncan, Davee L. Olson, Ralph T. Flees, Lisa R. Lundsten, James G. Jones, David M. Bricker, James N. Young, Residential Funding Securities Corporation d/b/a GMAC RFC Securities, Goldman, Sachs & Co., RBS Securities, Inc. f/k/a/ Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Deutsche Bank Securities, Inc., Citigroup Global Markets, Inc., Credit Suisse Securities (USA) LLC, Bank Of America Corporation *as successor-in-interest to* Merrill Lynch, Pierce, Fenner & Smith, Inc., UBS Securities, LLC, JPMorgan Chase, Inc., *as successor-in-interest to* Bear, Stearns & Co., Inc., and Morgan Stanley & Co., Inc.,

                        Defendants.
---------------------------------------------------------------x

08-CV-8781 (KPF)

ECF CASE

**DECLARATION OF MICHAEL B. EISENKRAFT**

**Filed Under Seal**

MICHAEL B. EISENKRAFT declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at Cohen Milstein Sellers & Toll PLLC, counsel for Lead Plaintiff and Class Representative New Jersey Carpenters Health Fund, Plaintiff and Class Representative New Jersey Carpenters Vacation Fund, and Plaintiff Boilermaker Blacksmith National Pension Trust ("Plaintiffs") in this case. I submit this declaration in support of Plaintiffs' Motions To Strike the Expert Reports of Patricia Bailey, Myron Glucksman, and Walter Torous;  for Partial Summary Judgment, and To Unseal the Documents Cited in Support of These Motions.

1932018.1

2. ██████████████████████████████████

████████████████████[1]

- ████████████████████████████

████████

- ████████████████████████████

████████████████████████████████

████████

- ████████████████████████████

████████████████████████████████

████

- ████████████████████████████

██████████████████████

- ████████████████████████████

██████████████████████████

- ████████████████████████████

████████████████████████████████

- ████████████████████████████

████████████████████

- ████████████████████████████

████████████████████████

---

[1] All highlighting in Exhibit 1 and all other Exhibits is added for emphasis and ease of reading.

1932018.1

■ ████████████████████████████████████████
████████████████████████████████

■ ████████████████████████████████████████
████████████████

■ ████████████████████████████████████████
██████████████████████████

■ ████████████████████████████████████████
████████████████████████████████████████
████████████████

■ ████████████████████████████████████████
███
■ ████████████████████████████████████████
████████████████████████████████████████
███

■ ████████████████████████████████████████
████████████████████████████
■ ████████████████████████████████████████
████████████████████████████

20. Attached hereto as Exhibit 19 is a true and correct copy of the Prospectus Supplements dated December 27, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO10.

■ ████████████████████████████████████████
████████████████████████████

1932018.1

- ███████████████████████████████████████████
███████████████████████████████████

- ███████████████████████████████████████████
█████████████████████

- ███████████████████████████████████████████
██████████████████████████████████

- ███████████████████████████████████████████
█████████████████████████████████

- ███████████████████████████████████████████
██████████████████████████████████.

- ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████

- ███████████████████████████████████████████
███████████████████████████████████████████
████████████████

- ███████████████████████████████████████████
██████████████████████████████

- ███████████████████████████████████████████
█████████████████████████████

- ███████████████████████████████████████████
███████████████████████████████████████████
██████████

- ███████████████████████████████████████████
██████████████████████████

4

[Page content redacted]

1932018.1



45.     Attached hereto as Exhibit 44 is a true and correct copy of *Wall Street and the Financial Crisis: Anatomy of a Financial Collapse*, United States Senate, Majority and Minority Staff Report, Permanent Subcommittee on Investigations, dated April 13, 2011.

46.     Attached hereto as Exhibit 45 is a true and correct copy of the *Financial Crisis Inquiry Report*, National Commission on the Causes of the Financial and Economic Crisis in the United States, Pursuant to Public Law 111-21, dated January 2011.

47.     Attached hereto as Exhibit 46 is a true and correct copy of Annex 3 to the Settlement Agreement between the Department of Justice *et al*. and Citigroup, Inc. dated July 11, 2014, identifying the RMBS and CDOs covered by the Settlement Agreement.

48.     Attached hereto as Exhibit 47 is a true and correct copy of Annex 3 to the Settlement Agreement between the Department of Justice et al. and JPMorgan Chase & Co., dated November 13, 2013, identifying the RMBS covered by the Settlement Agreement.

█████████████████████████████████████████████████████████████████████

50.     Attached hereto as Exhibit 49 is a true and correct copy of the Prospectus Supplement dated September 29, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO3.

51.     Attached hereto as Exhibit 50 is a true and correct copy of the Prospectus Supplement dated September 29, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO6.

1932018.1



53. Attached hereto as Exhibit 52 is a true and correct copy of the Prospectus Supplement dated September 29, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH3.

54. Attached hereto as Exhibit 53 is a true and correct copy of the Prospectus Supplement dated September 29, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH4.

55. Attached hereto as Exhibit 54 is a true and correct copy of the Prospectus Supplement dated May 29, 2007 of Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH5.

56. Attached hereto as Exhibit 55 is a true and correct copy of the Prospectus Supplement dated September 29, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QH6.



1932018.1



63. Attached hereto as Exhibit 62 is a true and correct copy of Amendment No. 1 to Form S-3, Registration Statement, filed by Residential Accredit Loans, Inc., on March 3, 2006.

64. Attached hereto as Exhibit 63 is a true and correct copy of Amendment No. 1 to Form S-3, Registration Statement, filed by Residential Accredit Loans, Inc., on April 3, 2007.

65. Attached hereto as Exhibit 64 is a true and correct copy of the Prospectus Supplement dated May 26, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QO5.



68. Attached hereto as Exhibit 67 is a true and correct copy of the Opinion and Order, of Judge Baer filed on this docket October 15, 2012. (Dkt # 185)

69. Attached hereto as Exhibit 68 is a true and correct copy of the Opinion and Order, of Judge Baer filed on this docket January 3, 2013. (Dkt #202)

70. Attached hereto as Exhibit 69 is a true and correct copy of the Opinion and Order, of Judge Baer filed on this docket December 27, 2013. (Dkt # 285)

1932018.1

71. Attached hereto as Exhibit 70 is a true and correct copy of the Opinion and Order, of Judge Baer filed on this docket on May 19, 2011. (Dkt # 135)

72. Attached hereto as Exhibit 71 is a true and correct copy of the Opinion and Order of Judge Baer filed on this docket on March 31, 2010. (Dkt # 58)

73. Attached hereto as Exhibit 72 is a true and correct copy of the Opinion and Order of Judge Baer filed on this docket on April 28, 2011. (Dkt # 131)

■ ███████████████████████████████████████████
████████████████████████████████████.

■ █████████████████████████████████
████████████████████████████████████
█████████████████████████.

■ █████████████████████████████████
████████████████████████████████████
███████████████████████████████.

■ █████████████████████████████████
████████████.

■ █████████████████████████████████
████████████████████████████████████
███████████████.

■ █████████████████████████████████
████████████████████.

1932018.1

█       ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████

█       ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████

█       ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████

█       ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████

█       ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████

█       ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████

█       ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████

10

1932018.1

- ■ ██████████████████████████████████████████
████████████████████████████████████████████
████████████████

- ■ ██████████████████████████████████████████
████████████████████████████████████████████
████████████████

- ■ ██████████████████████████████████████████
████████████████████████████████████████████
████████████████

- ■ ██████████████████████████████████████████
████████████████████████████████████████████
██████████████████████

- ■ ██████████████████████████████████████████
████████████████████████████████████████████
████████████████

- ■ ██████████████████████████████████████████
████████████████████████████████████████████
████████████████

- ■ ██████████████████████████████████████████
████████████████████████████████████████████████████████

- ■ ██████████████████████████████████████████
████████████████████████████████████
████████████████████

11

■ ███████████████████████████████████████
████████████████████████████████

■ ███████████████████████████████████████
████████████████████████████████

■ ███████████████████████████████████████
████████████████████████████████

■ ███████████████████████████████████████
████████████████████████████████

■ ███████████████████████████████████████
████████████████████████████████

■ ███████████████████████████████████████
████████████████████████████████

■ ███████████████████████████████████████
████████████████████████████████

■ ███████████████████████████████████████
████████████████████████

■ ███████████████████████████████████████
████████████████████████████████

■ ███████████████████████████████████████
████████████████████████████████

■ ███████████████████████████████████████
██████████████████████████

■ ███████████████████████████████████████
████████████████████████████████

12



13

121.   Attached hereto as Exhibit 120 is a true and correct copy of the Prospectus Supplement dated September 29, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS15.



129.   Attached hereto as Exhibit 128 is a true and correct copy of the Notice of Deposition of Defendant CITI Global Markets, Inc. pursuant to Rule 30(b)(6).

130.   Attached hereto as Exhibit 129 is a true and correct copy of the Notice of Deposition of Defendant UBS Securities LLC pursuant to Rule 30(b)(6).

131.   Attached hereto as Exhibit 130 is a true and correct copy of the Notice of Deposition of Defendant Goldman Sachs & Co., Inc. pursuant to Rule 30(b)(6).



135.   Attached hereto as Exhibit 134 is a true and correct copy of the Prospectus Supplement dated September 29, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS1.

136.   Attached hereto as Exhibit 135 is a true and correct copy of the Prospectus Supplement dated September 29, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS2.

137.   Attached hereto as Exhibit 136 is a true and correct copy of the Prospectus Supplement dated September 29, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS5.

138.   Attached hereto as Exhibit 137 is a true and correct copy of the Prospectus Supplement dated September 29, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS7.

1932018.1

139. Attached hereto as Exhibit 138 is a true and correct copy of the Prospectus Supplement dated September 29, 2006 of Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS8.

I declare under penalty of perjury that the foregoing is true and correct

Dated October 16, 2014

Michael Eisenkraft