UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
New Jersey Carpenters Health Fund, *et al.*,   :   Civil Action No.
:   08-CV-8781 (KPF)
Plaintiffs,   :
:   **THE UNDERWRITER**
v.   :   **DEFENDANTS' NOTICE**
:   **OF MOTION FOR**
Residential Capital, LLC, *et al.*,   :   **SUMMARY JUDGMENT**
:   **AND FOR EXCLUSION OF**
Defendants.   :   **PLAINTIFFS' PROFFERED**
:   **EXPERT TESTIMONY**
:
------------------------------------------------------------------x

PLEASE TAKE NOTICE that upon (i) the accompanying memorandum of law in support of the Underwriter Defendants' motion for summary judgment or, in the alternative, for exclusion of Plaintiffs' proffered expert testimony, (ii) the Declaration of Alfred L. Fatale III, dated October 17, 2014, with attached exhibits, (iii) the Declaration of Israel David, dated October 17, 2014, with attached exhibits, (iv) the Underwriter Defendants' Local Civil Rule 56.1 Statement of Material Facts as to Which There Is No Genuine Issue to be Tried and (v) all prior pleadings and proceedings herein, defendants Citigroup Global Markets Inc., Goldman, Sachs & Co. and UBS Securities LLC (collectively, the "Underwriter Defendants") will move this Court, before the Honorable Katherine Polk Failla, at a date and time to be set by the Court, in Courtroom 618, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, pursuant to Federal Rule of Civil Procedure 56, Federal Rules of Evidence 403 and 702, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), for an order (i) granting summary judgment; (ii) excluding in part the testimony of Plaintiffs' proffered experts Leonard A. Blum, Charles D. Cowan, Michael L. Hartzmark, Robert C. Hockett, Ira H. Holt, Jr. and Adam J. Levitin; and (iii) granting the Underwriter Defendants such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 17, 2014

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP

By: _____
William G. McGuinness
Israel David
Alfred L. Fatale III

One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Fax: (212) 859-4000
william.mcguinness@friedfrank.com

and

Brad S. Karp
Daniel J. Kramer
Richard A. Rosen
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel. (212) 373-3000
Fax (212) 757-3990

*Attorneys for the Underwriter Defendants
Citigroup Global Markets Inc.,
Goldman, Sachs & Co. and
UBS Securities LLC*

CERTIFICATE OF SERVICE

      I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on October 17, 2014, I caused to be served upon the following, by ECF, first class U.S. mail and electronic mail, a true copy of the attached Underwriter Defendants' Notice of Motion for Summary Judgment and for Exclusion of Plaintiffs' Proffered Expert Testimony:

    Joel Laitman, Esq.
    Cohen Milstein Sellers & Toll P.L.L.C.
    88 Pine Street, 14th Floor
    New York, NY 10005
    jlaitman@cohenmilstein.com

    Robin Zwerling, Esq.
    Zwerling, Schachter & Zwerling, LLP
    41 Madison Avenue
    New York, NY 10010
    rzwerling@zsz.com

    *Attorneys for Plaintiffs*

Dated:    New York, New York
            October 17, 2014

                                                  Alfred L. Fatale III