

# COHEN MILSTEIN

Joel P. Laitman
(212) 750-7581
jlaitman@cohenmilstein.com

November 21, 2014

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 Foley Square, Room 2103
New York, NY 10007

    Re: *New Jersey Carpenters Health Fund, et al. v. Residential Capital, LLC, et al.*, No. 08-CV-8781 (KPF)

Dear Judge Failla:

    We write jointly to inform the Court that the remaining parties in the above-captioned matter have reached an agreement in principle to settle the litigation. We respectfully request the litigation (including all briefing on pending motions) be suspended through and including January 30, 2015 so as to provide the parties sufficient time to prepare and submit the requisite papers in support of preliminary approval of the Settlement. The parties will promptly advise the Court if additional time beyond January 30, 2015 is necessary or if a revised schedule is required.

    Respectfully submitted,

*[signature: Joel P. Laitman /jpl/]*

Joel P. Laitman
Cohen Milstein Sellers & Toll PLLC
88 Pine Street, New York, New York 10005
*Counsel For Plaintiffs*

*[signature: William McGuinness, with permission /jpl/]*

William McGuinness
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, New York 10004
*Counsel for Underwriter Defendants*

Cohen Milstein Sellers & Toll PLLC   88 Pine Street   14th Floor   New York, NY  10005
t 212.838.7797   f 212.838.7745   www.cohenmilstein.com