UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New Jersey Carpenters Health Fund, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Residential Capital, LLC, *et al.*,<br><br>    Defendants. | No. 08-cv-8781 (KPF) |

**DECLARATION OF JOEL P. LAITMAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR (I) CERTIFICATION OF THE UNDERWRITER CLASS FOR PURPOSES OF SETTLEMENT; (II) PRELIMINARY APPROVAL OF THE UNDERWRITER SETTLEMENT; (III) APPROVAL OF NOTICE TO THE UNDERWRITER AND RESCAP CLASSES AND (IV) SCHEDULING OF FINAL SETTLEMENT APPROVAL HEARING**

I, Joel P. Laitman, Esq., make this declaration pursuant to 218 U.S.C. § 1746. I hereby declare under penalty of perjury the following to be true and correct.

1. I am a partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), attorneys for Lead Plaintiff New Jersey Carpenters Health Fund in this action. I respectfully submit this declaration in support of Lead Plaintiffs Motion for (i) Certification of the Underwriter Class for Purposes of Settlement; (ii) Preliminary Approval of the Underwriter Settlement; (iii) Approval of Notice to the Underwriter and ResCap Settlement Classes and (iv) Scheduling of Final Settlement Approval Hearing. I am familiar with the facts and circumstances stated herein, based upon personal knowledge, the attached documents, or review of the files maintained by my firm.

2. Attached hereto as Exhibit A is a true and correct copy of the proposed Order Preliminarily Approving the Proposed Settlement and Providing for Notice.

3. Attached hereto as Exhibit B is the firm resume of Cohen Milstein.

1968389.1

Executed:  New York, New York
February 13, 2015

                                                       */s/ Joel P. Laitman*
                                                      Joel P. Latiman

1968389.1