UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New Jersey Carpenters Health Fund, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Residential Capital, LLC, *et al.*, <br><br> Defendants. | No. 08-cv-8781 (KPF) |

## ORDER DIRECTING *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS

Lead Plaintiff's motion for an order directing a *cy pres* distribution of the residual Net Settlement Fund is hereby GRANTED. The remaining funds of $112,254.78 shall be donated equally among the America Association for Justice ("AAJ") and the Institute for Law and Economic Policy ("ILEP").

IT IS SO ORDERED.

Dated: September 9, 2020
New York, New York

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT COURT JUDGE